Case 1:18-cv-11267-PBS Document 6 Filed 06/19/18 Page 1 of 6

6/19/18 6:10pm
Denied. Even if petitioner has a likelihood of success on the motion to reopen, he has not demonstrated that a denial of a stay of removal will violate his due process rights in the circumstances of this case where there are no credible threats of persecution upon removal. Moreover, petitioner only filed the emergency motion today, and the First Circuit denied a stay.
Patti B Saris

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**JAIME ANTONIO ALVAREZ FIGUEROA**

Petitioner,

v.

**REBECCA ADDUCI,**
Immigration and Customs Enforcement,
Enforcement and Removal Operations,
Acting Field Office Director,

**DAVID L. NEAL,**
Chairman, Board of Immigration Appeals
Department of Justice.

Respondent.

Civ. No.

**PETITIONER'S EMERGENCY MOTION FOR ISSUANCE OF DECLARATORY AND INJUNCTIVE RELIEF, EXPEDITED HEARING AND SUMMARY JUDGEMENT ON WRIT OF MANDAMUS**

## EMERGENCY MOTION FOR THE ISSUANCE OF DECLARATORY AND INJUNCTIVE RELIEF, FOR AN EXPEDITED HEARING AND FOR SUMMARY JUDGEMENT ON WRIT OF MANDAMUS

Petitioner respectfully moves this Court for immediate relief from the unlawful removal to which he has been and continues to be subjected at the direction of the government Respondents and to order the relevant government agencies to rule on pending applications before it prior to Petitioner's deportation. Mr. Alvarez Figueroa is scheduled to be **removed from the United States on**